# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**James Boles,**

    **Plaintiff,**                                         Case No. 2:12-cv-1141

    **v.**                                                  **JUDGE GREGORY L. FROST**
                                                           Magistrate Judge Kemp

**Ohio Department of**
**Rehabilitation and Correction,**
**et al.,**

    **Defendants.**

## ORDER

    This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on January 23, 2013 (Doc. No. 9).  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  The motion for a temporary restraining order (Doc. No. 2) is DENIED as moot.

    IT IS SO ORDERED.


                                                               /s/   Gregory L. Frost
                                                                GREGORY L. FROST
                                                                UNITED STATES DISTRICT JUDGE